JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS G., | ) | CASE NO. CV 20-10361-AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that Judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed and the matter is remanded for further proceedings consistent with the Memorandum Opinion and Order including further development of the record as to Plaintiff's left knee arthritis.


DATED: August 25, 2022

_Alicia G. Rosenberg_
ALICIA G. ROSENBERG
United States Magistrate Judge